B5 (Official Form 5) (12/07)  FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Franklin Glass, Inc** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>36-2978997 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o John Biallas, Attorney<br>3N918 Sunrise Lane<br>Saint Charles, IL 60174 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Kane** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**    COURT USE ONLY
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor __Franklin Glass, Inc.__

B5 (Official Form 5) (12/07) - Page 2      Case No._____

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Richard L. Heuvelman
Signature of Petitioner or Representative (State title)

Richard L. Heuvelman        December 7, 2011
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard L. Heuvelman
N 2481 Knolwood Drive
Lake Geneva, WI 53147

X /s/                        December 7, 2011
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X /s/ Jeff Cipolla / President
Signature of Petitioner or Representative (State title)

Tint to U                    December 7, 2011
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jeff Cipolla / President
15516 S. 70th Court
Orland Park, IL 60462

X /s/                        December 7, 2011
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X /s/ Hal Barnett / President
Signature of Petitioner or Representative (State title)

Ultra Electrostatic           December 7, 2011
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Hal Barnett / President
7702 W. 43rd Street
Lyons, IL 60534

X /s/                        December 7, 2011
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard L. Heuvelman<br>N 2481 Knolwood Drive<br>Lake Geneva, WI 53147 | Assigned Secured Debt/Business note purchased from Bank of America<br>Principal and Intertest as of 2/17/11 | 286,655.65 |
| Tint to U<br>15516 S. 70th Court<br>Orland Park, IL 60462 | Accounts payable for products and services rendered | 200.00 |
| Ultra Electrostatic<br>7702 W. 43rd Street<br>Lyons, IL 60534 | Accounts payable for products and services rendered. | 250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>294,235.65 |

__1__ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Franklin Glass, Inc.__

Case No. _____

### TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Pasquelle Martinelli / President
Signature of Petitioner or Representative (State title)

__Vitralum Industries__                    __December 7, 2011__
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Pasquelle Martinelli / President
1401 E. Higgins Ave.
Elk Grove Village, IL 60007

X /s/                                        December 7, 2011
Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address
Telephone No.

X /s/ Larry Saxton, Manager
Signature of Petitioner or Representative (State title)

__Rainbow Glass & Trim Ltd.__              __December 7, 2011__
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Larry Saxton, Manager
31 Monaco Rd
Roselle, IL 60172

X /s/                                        December 7, 2011
Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

_____   _____
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

X _____
Signature of Attorney                         Date

Name of Attorney Firm (If any)

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Vitralum Industries<br>1401 E. Higgins Ave.<br>Elk Grove Village, IL 60007 | Accounts payable for products and services rendered. | 7,080.00 |
| Rainbow Glass & Trim Ltd.<br>31 Monaco Rd<br>Roselle, IL 60172 | Accounts payable for goods and services rendered. | 50.00 |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br>294,235.65 |
|---|---|

__1__ of __1__ continuation sheets attached